JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
BLYTHE H. MCLANE, TEXAS STATE BAR NO. 24115701
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175

U.S. COURTS

JUL 26 2022

Rcvd_____ Filed_____ Time 4:01
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON BEASLEY,<br><br>Defendant. | Case No. CR-22-00162E-BLW<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(a)(1)(A)<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c) |

The Grand Jury charges:

### COUNT ONE

### Dealing Firearms Without a License
### 18 U.S.C. § 922(a)(1)(A)

On, about, or in between June 1, 2020 and July 31, 2021, in the District of Idaho, the Defendant, AARON BEASLEY, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18 of the United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18 United States Code, Section, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**INDICTMENT** - 1

## CRIMINAL FORFEITURE ALLEGATION
### Firearm Forfeiture
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

Upon conviction of the offenses alleged in Count One of this Indictment, the defendant, AARON BEASLEY, shall forfeit to the United States, any firearms or ammunition involved in or used in the commission of the offense.

1. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third person;

   c. Has been placed beyond the jurisdiction of the court;

   d. Has been substantially diminished in value; or

   e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 26th day of July.

A TRUE BILL

*/s/ [signature on reverse]*
_____
FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

_____
BLYTHE H. MCLANE
SPECIAL ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 2**